IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TRACII PEAVY**                                                                         **PLAINTIFF**

**v.**                                                                   **No.  3:15-CV-545 HTW LRA**

**UNITED STATES POSTAL SERVICE**                           **DEFENDANT**

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the accompanying memorandum, summary judgment should be granted in favor of the Plaintiff, declaring that Defendant has violated the law on four occasions, and finding the Defendant liable for liquidated damages plus reasonable attorney's fees and costs, in an amount to be determined, and such other relief as this Court deems proper.

                                                                Respectfully submitted,

                                                                /s/ Joel Dillard
                                                                Joel Dillard (#104202)
                                                                Joel F. Dillard, P.A.
                                                                405 Tombigbee St.
                                                                Jackson, MS 39201
                                                                Ph: 601-487-7369
                                                                Fax: 601-487-1110
                                                                email: joel@joeldillard.com
                                                                *Attorney for Plaintiff*

Case 3:15-cv-00545-HTW-LRA   Document 9   Filed 01/06/16   Page 2 of 2

## Certificate of Service

I hereby certify that on January 6, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Kristi Johnson
    Assistant United States Attorney
    Counsel for Defendant Postal Service
    Kristi.Johnson2@usdoj.gov

Date: January 6, 2016                      /s/ Joel Dillard
                                              JOEL DILLARD

Page 2 of 2