**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**TRACII PEAVY**                                                  **PLAINTIFF**

**v.**                                **CIVIL ACTION NO. 3:15-cv-545 HTW LRA**

**UNITED STATES POSTAL SERVICE**                      **DEFENDANT**

### ORDER GRANTING DEFENDANT'S UNOPPOSED
### MOTION FOR AN EXTENSION OF TIME TO RESPOND TO
### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This cause is before the Court on Defendant's Unopposed Motion for an Extension of Time [Doc. 11] submitted on behalf of Defendant, by and through the United States Attorney for the Southern District of Mississippi, Gregory K. Davis, and the undersigned Assistant United States Attorney the United States Attorney. Having considered the Motion and having concluded Plaintiff's counsel has no objection to the requested extension, the Court finds that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the Motion for Additional Time to Respond [Doc**.** 11] submitted by Defendant should be and hereby is granted. Defendant shall respond to Plaintiff's Motion for Summary Judgment [Dkt #9] on or before February 24, 2016.

**SO ORDERED** this the 3rd day of February, 2016.

                                    s/ HENRY T. WINGATE
                                    UNITED STATES DISTRICT JUDGE

Presented By:
*/s/Kristi Johnson*
KRISTI JOHNSON (MS Bar No. 102891)
*Assistant United States Attorney*