**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**TRACII PEAVY**                                                                         **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO. 3:15-CV-545 HTW LRA**

**UNITED STATES POSTAL SERVICE**                                          **DEFENDANT**

**AGREED ORDER DISMISSING CASE WITH PREJUDICE**

**THIS DAY** this cause came on to be heard upon the joint motion *ore tenus*, of the parties

seeking entry of an Agreed Order Dismissing Case with Prejudice in the above styled and

numbered cause of action.  Finding the motion is well taken, the Court grants the motion.

Accordingly, this Court hereby **ORDERS** that this case is hereby dismissed with

prejudice as to all parties.  The settlement disposes of all claims for attorney fees and costs, and

no order on that matter is necessary.  This Court retains jurisdiction over the parties and any

claims relating to the enforcement of the settlement agreement should there be any dispute

relating to it, or the parties' compliance with it.

**SO ORDERED**, this the 12th day of February, 2016.

                                                            **s/ HENRY T. WINGATE_____**
                                                            HENRY T. WINGATE
                                                            United States District Judge

**SUBMITTED BY:**

*/s/ Joel F. Dillard*
JOEL F. DILLARD (MS Bar No. 104202)
Attorney at Law – Joel F. Dillard, P.A.
405 Tombigbee St.
Jackson, Mississippi   39201
Phone:  601-487-7369
Fax:      601-487-1110
E-mail:   joel@joeldillard.com
*Attorney for Plaintiff, Tracii Peavy*

*/s/ Kristi H. Johnson*
 KRISTI H. JOHNSON (MS Bar No. 102891)
*Assistant United States Attorney*
501 E. Court Street – Suite 4.430
Jackson, Mississippi  39201
Phone:  601-965-4480
Fax:      601-965-4409
E-mail: kristi.johnson2@usdoj.gov
*Attorney for the Defendant,*
   *United States Postal Service*